IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02660-BNB

DAVID ANDREW SCHLENKERT,

Applicant,

v.

BLAKE DAVIS, et al., Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 9 2009

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Affidavit of David Schlenkert" that Applicant, David Andrew Schlenkert, submitted to and filed with the Court *pro se* on January 22, 2009. In the document, Mr. Schlenkert objects to Magistrate Judge Boyd N. Boland's January 16, 2009, order for a preliminary response from Respondent limited to addressing the affirmative defense of exhaustion of administrative remedies.

The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's January 16, 2009, order is neither clearly erroneous nor contrary to law. Therefore, Mr. Schlenkert's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the document titled "Affidavit of David Schlenkert" that Applicant, David Andrew Schlenkert, submitted to and filed with the Court ***pro se*** on January 22, 2009 " is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and the objection is overruled.

DATED at Denver, Colorado, this 29 day of Jan., 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02660-BNB

David Andrew Schlenkert
Reg. No. 91911-029
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk